# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-2870

_____

Clayton Walker

*Plaintiff - Appellant*

v.

Steve Barnett, Secretary of State, in his official capacity; Shantel Krebs, in her individual capacity; Marty Jackley, in his individual capacity; Jason Ravnsborg, in his official capacity; Kea Warne, in her official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: March 22, 2021
Filed: April 2, 2021
[Unpublished]

_____

Before SHEPHERD, MELLOY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Clayton Walker appeals following the district court's[1] adverse grant of summary judgment in his civil action challenging the constitutionality of certain South Dakota election laws.  Upon careful de novo review, see Odom v. Kaizer, 864 F.3d 920, 921 (8th Cir. 2017) (grant of summary judgment is reviewed de novo); Libertarian Party of N.D. v. Jaeger, 659 F.3d 687, 692-93 (8th Cir. 2011) (dismissal for failure to state a claim is reviewed de novo), we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B.  We also deny Walker's appellate motions.

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.